UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No.: 24-CR-00151 (JMC)** |
| **v.** : | |
| : | |
| **ANTHONY BURNS,** : | |
| : | |
| **Defendant.** : | |

## MOTION TO CONTINUE AUGUST 4, 2025 TRIAL DATE AND EXCLUDE TIME FROM SPEEDY TRIAL CALCULATION

The United States of America, by and through its attorneys, the United States Attorney for the District of Columbia, respectfully requests that this Court vacate the upcoming Trial scheduled to begin August 4, 2025, and continue the date to September 8, 2025. In support of this Motion, the United States notes the following points and any other points and authorities as may be raised any hearing on this matter:

The United States expects that its primary witness at trial will be former Metropolitan Police Department office Ty Amarant-West ("Amarant-West"). Amarant-West is now employed as a Special Agent with the Supreme Court Police, where he provides security for justices of the United States Supreme Court. Special Agent Amarant-West will be out of the country on a previously scheduled work assignment for much of August 2025, including the current trial date. Neither judicial economy nor public policy are served by requiring the United States to proceed to trial without an essential witness. The United States has confirmed that Special Agent Amarant-West is available to testify on the proposed continued trial date.

The United States consulted with counsel for the defendant, who stated that he is available on the proposed new trial date, but that the defendant opposes this motion. The United States also

confirmed with the Court's Deputy that the Court is available for the suggested September 2025, trial date.

The Court previously found that it was in the interests of justice to exclude time from April 17, 2025, through August 4, 2025. *See* Minute Order (June 4, 2025). The United States requests that the time between the current trial date (August 4, 2025) and proposed new trial date (September 8, 2025) be excluded under the Speedy Trial Act because it is in the interests of justice, due to the unavailability of an essential witness and the constraints of the parties' and the Court's respective calendars.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:

  */s/ Emory v. Cole*
EMORY V. COLE
PA Bar #49136
Assistant United States Attorney
United States Attorney's Office for DC
601 D Street, NW
Washington, DC 20530
E-mail: Emory.Cole@usdoj.gov
Telephone: 202-252-7692