IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * Case No. 24-151-JMC |
| ANTHONY BURNS | * |

\* \* \* \* \*

**DEFENDANT'S MOTION IN OPPOSITION TO THE GOVERNMENT'S MOTION TO CONTINUE TRIAL**

ANTHONY BURNS, by and through counsel, Alfred Guillaume III, moves this Honorable Court to deny the government's pending motion to continue the August 4, 2025, trial date. The grounds for this relief are as follows:

1. Mr. Burns was arrested in this case on March 1, 2024.

2. On March 6, 2024, after a contested detention hearing, this Honorable Court ordered that he be detained pending trial.

3. On August 9, 2024, this Honorable Court scheduled trial to begin on March 10, 2025.

4. On February 2, 2025, the government requested a continuance of the March 10 date, citing witness unavailability.

5. This Honorable Court granted the government motion to continue trial and rescheduled this matter for trial to begin on April 14, 2025.

6. On April 17, 2025, a mistrial was declared after the jury failed to reach a unanimous verdict.

7. On April 29, 2025, this Honorable Court issued a minute order directing counsel to submit a list of proposed dates for the retrial in this matter.

8. On May 15, 2025, this Honorable Court scheduled trial in this matter for August 4, 2025.

1

9. On *July 10, 2025*, the government filed a motion to continue the August 4, 2025, trial date, again citing witness unavailability.

10. Government counsel waited nearly two months after the August 4, 2025, date was chosen before filing its motion to continue the trial date.

11. Mr. Burns asserts that the unavailable government witness mentioned in the motion *is not the only eyewitness* to the alleged events in this case, and the government can call other witnesses to testify about their observations.

12. Mr. Burns has been continuously detained since being arrested in this matter in March 2024.

13. His mental and emotional health have deteriorated greatly while being incarcerated at the D.C. Jail, in part due to the substandard living conditions that he has had to endure.

WHEREFORE, Mr. Burns respectfully requests that this Honorable Court deny the Government's Motion to Continue the August 4, 2025, trial date, or in the alternative, allow Mr. Burns to be released on conditions while he awaits a retrial in this matter.

Respectfully submitted,

*Alfred Guillaume*
_____
Alfred Guillaume III, #MD0085
Law Offices of Alfred Guillaume III
1350 Connecticut Ave. NW, #308
Washington, D.C. 20036

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 13th day of July 2025, a copy of the foregoing Motion was served electronically to all parties of record, including to the Office of the United States Attorney for the District of Columbia.

*Alfred Guillaume*
_____
Alfred Guillaume III