# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 24-CR-151 (JMC)** |
| | : | |
| **v.** | : | |
| | : | |
| **ANTHONY EUGENE BURNS** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## VERDICT FORM

We, the Jury, hereby return this unanimous verdict in the above-captioned case:

## COUNT ONE

With respect to Count One, Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year on or about February 25, 2024, how do you find Defendant ANTHONY EUGENE BURNS?

_____X_____
Guilty

_____
Not Guilty

SO SAY WE ALL, this 10ᵗʰ day of September, 2025.